Order modified by reducing amount defendant is directed to pay to plaintiff as temporary alimony to the sum of $250, and by reducing amount defendant is directed to pay to plaintiff as and for a counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

FRANCO DYE WORKS, Appellant, v. COMMERCIAL GARAGE, INC., Respondent. — Orders entered on January 25, 1924, so far as appealed from affirmed, with ten dollars costs and disbursements. Appeal from order entered on February 13, 1924, dismissed. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of Proving the Last Will and Testament of ALLEN SULLIVANT, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ADOLPHUS D. STRAUSS and Others, Respondents, v. COMPAGNIE ALGERIENNE, S. A., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

FREDERICK PIRK and Another, as Copartners, etc., Respondents, v. OTTO C. SCHMIDT and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

BENJAMIN SHEAR, Respondent, v. HERBERT G. MILES and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Date for inspection to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

WALTER SULLIVAN, an Infant, by ANNIE BROGAN, His Guardian ad Litem, Respondent, v. YELLOW TAXI CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

GEORGE PAGONIS, Appellant, v. JOHN COULAKIS, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted as indicated in order. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MORRIS SIMONS, Appellant, v. WILLARD F. MEYERS MACHINE COMPANY, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MORRIS SIMONS, Appellant, v. WILLARD F. MEYERS MACHINE COMPANY, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MORRIS SIMONS, Appellant, v. WILLARD F. MEYERS MACHINE COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JAY M. GOLDMAN, Appellant, v. BOWMAN HOTEL CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Application of GEORGE ROSE, Appellant, for a Mandamus Order against AUGUST W. GLATZMAYER, as Commissioner of Licenses, Respond-